IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PROMATECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1720C |
| | ) | (Judge Gibson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, are denied for lack of information or knowledge sufficient to form a belief as to their truth.

2. The allegations contained in paragraph 2 constitute conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, are denied.

3. Denies the allegations contained in paragraph 3 for lack of information or knowledge sufficient to form a belief as to their truth.

4. Admits.

5. Admits the allegations contained in paragraph 5 that, on or about July 7, 1998, plaintiff and defendant entered into Contract No. 332495-98-H-0221, to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the July 7, 1998 contract document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the "two work order" documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 7.

8. Denies.

9. Admits the allegations contained in paragraph 9 that, as of about February 26, 2002, plaintiff was paid a total of $120,734.41 with respect to the Franklin Lakes Facility and a total of $73,355.30 with respect to the Bergen Facility. Denies the allegations contained in paragraph 9 that, as of February 26, 2002, plaintiff had invoiced a total of $146,786.24 with respect to the Franklin Lakes Facility and a total of $111,223.44 with respect to the Bergen Facility for lack of information or knowledge sufficient to form a belief as to their truth. Denies the allegations contained in paragraph 9 that, as of about February 26, 2002, plaintiff was due any sums of money from the Government with respect to either the Franklin Lakes Facility or the Bergen Facility.

10. Admits the allegations contained in the first sentence of paragraph 10 to the extent supported by the letter cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 10. The allegations contained in the second sentence of paragraph 10 constitute conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

11. Admits the allegations contained in paragraph 11 to the extent supported by the letter cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 11.

12. Denies.

13. In response to the WHEREFORE paragraph that follows paragraph 12 of the complaint, denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

14. Defendant denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant respectfully requests that the complaint be dismissed, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White
FRANKLIN E. WHITE
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079
Attorneys for Defendant

OF COUNSEL:
DANIEL P. GIMMY, ESQ.
Law Department, New York
United States Postal Service

Date: September 15, 2003

CERTIFICATE OF FILING

I hereby certify that on this 15th day of September, 2003, a copy of the foregoing DEFENDANT'S ANSWER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister