# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,** No. 03-1720C

Plaintiff, (Filed: December 1, 2003)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties' Joint Preliminary Status Report was due to be filed on November 6, 2003. To date the parties have not complied with this requirement. Therefore, the court hereby issues the following pretrial schedule:

1. All discovery shall be completed on or before January 2, 2004.

2. Any and all dispositive motions shall be filed on or before January 23, 2004.

3. If no dispositive motion(s) are contemplated, the parties shall comply with paragraph 13 of Section VI of Appendix A by January 30, 2004.

4. Plaintiff shall comply with paragraphs 14-16* of Section VI of Appendix A on or before February 13, 2004.

5. Defendant shall comply with paragraphs 14-16* of Section VI of Appendix A on or before March 12, 2004.

[The parties are not required to file proposed findings of fact (paragraph 14(d)).]

---

* Witnesses shall be characterized as fact, expert, or fact/expert. The anticipated length of the trial and requested trial location shall also be stated.

6. The parties shall comply with paragraphs 17 and 18 of Section VI of Appendix A on or before March 29, 2004.

7. The pretrial conference shall be held at 10:00 a.m. on April 2, 2004, at the Howard T. Markey National Courts Building, 717 Madison Place, N. W., Washington, D. C. 20005. The exact courtroom location will be posted in the lobby at that time. A trial date and location will be discussed at this conference.

IT IS SO ORDERED.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge