# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1720C

(Filed: December 8, 2003)

**ORDER**

Defendant's unopposed motion, electronically filed on December 4, 2003, for leave to file out of time, on behalf of both parties, the Joint Preliminary Status Report attached thereto, is hereby GRANTED.

Defendant's unopposed motion of the same date to modify the court's December 1, 2003 scheduling order is hereby GRANTED but only to the extent outlined as follows:

1. All discovery (documentary, disclosure of expert reports, and all depositions, including those of experts), shall be completed on or before March 31, 2004.

2. Any and all dispositive motions shall be filed on or before April 30, 2004.

3. If no dispositive motion(s) are contemplated, the parties shall comply with paragraph 13 of Section VI of Appendix A by May 7, 2004.

4. Plaintiff shall comply with paragraphs 14-16* of Section VI of Appendix A on or before May 21, 2004.

5. Defendant shall comply with paragraphs 14-16* of Section VI of Appendix A on or before June 18, 2004. [The parties are not required to file proposed findings of fact (paragraph 14(d)).]

---

* Witnesses shall be characterized as fact, expert, or fact/expert. The anticipated length of the trial and requested trial location shall also be stated.

6. The parties shall comply with paragraphs 17 and 18 of Section VI of Appendix A on or before July 6, 2004.

7. The pretrial conference shall be held at 10:00 a.m. on July 9, 2004, at the Howard T. Markey National Courts Building, 717 Madison Place, N. W., Washington, D. C. 20005. The exact courtroom location will be posted in the lobby at that time. A trial date and location will be discussed at this conference.

No further modifications to this pretrial schedule shall be granted except for grave and extraordinary circumstances duly documented by affidavit.

IT IS SO ORDERED.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge