IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PROMATECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1720C |
| | ) | (Senior Judge Gibson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY**
**THE COURT'S DECEMBER 8, 2003 SCHEDULING ORDER**

Defendant, the United States, respectfully requests the Court to modify its December 8, 2003 scheduling order for the purpose of extending the discovery completion deadline by 25 days, from March 31, 2004 to April 25, 2004. Defendant has discussed this request with counsel for plaintiff, Promatech, Inc., who consents to and joins this request.

The parties are currently exploring the possibility of settlement. However, the parties recognize the need to complete certain limited discovery if they are unable to resolve this action. The parties anticipate the need to complete limited document discovery and several depositions. Accordingly, defendant respectfully requests that the Court modify its December 8, 2003 scheduling order, extending the discovery completion deadline to April 25, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079
Attorneys for Defendant

OF COUNSEL:
DANIEL P. GIMMY, ESQ.
Law Department, New York
United States Postal Service

Date: March 11, 2004

CERTIFICATE OF FILING

I hereby certify that on this 11th day of March, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE COURT'S DECEMBER 8, 2003 SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister