# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,** No. 03-1720C

Plaintiffs, (Filed: March 15, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed on March 11, 2004, to modify the court's order of December 8, 2003 scheduling order, to extend the discovery deadline 25 days, to and including April 25, 2004, is hereby GRANTED. The other deadlines imposed in the December 8, 2003 order remain in effect and unchanged.

**IT IS SO ORDERED**.

______________________________

Reginald W. Gibson, Senior Judge