# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,** No. 03-1720C

Plaintiffs, (Filed: March 16, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

On March 15, 2004, the court electronically filed an order in this case; however, due to a technical error (i.e., the order was not electronically signed by the undersigned), said order shall be stricken by the Clerk's Office and the following order (which is identical in text to the one issued yesterday) is hereby entered:

Defendant's unopposed motion, filed on March 11, 2004, to modify the court's order of December 8, 2003 scheduling order, to extend the discovery deadline 25 days, to and including April 25, 2004, is hereby GRANTED. The other deadlines imposed in the December 8, 2003 order remain in effect and unchanged.

**IT IS SO ORDERED**.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge