# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,** No. 03-1720C

Plaintiffs, (Filed: July 22, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

On July 21, 2004, defendant transmitted for filing the following:

1. A "notice of appearance"; however said document was docketed as "first motion for leave to appear new attorney." Also, the notice of appearance contained conflicting information as to the names of the attorneys involved. The substituting attorney failed to add himself to the docket sheet and terminate the former attorney; and

2. A "status report"; however said document was docketed as a "motion for status conference," but said document did not contain a motion for a status conference.

Defendant shall correct these inadvertent errors.

In any event, pursuant to the information contained in the status report, plaintiff shall file its motion to dismiss on or before August 16, 2004.

**IT IS SO ORDERED**.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge