IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PROMATECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1720C |
| | ) | ( Judge Gibson ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John S. Groat as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

JOHN S. GROAT
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, 1100 L Street, NW

Dated: July 23, 2004

s/John S. Groat

Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 514-4325
Fax: (202) 514-7965

CERTIFICATE OF FILING

I hereby certify that on thisJuly 23, 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat