IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PROMATECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1720C |
| | ) | (Senior Judge Gibson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, the United States, respectfully advises the Court of the status of the proceedings.

An authorized representative of the Attorney General has accepted plaintiff's settlement offer. Counsel for the parties have reached apparent agreement upon the terms of the settlement. Counsel is awaiting an executed copy of the settlement agreement from plaintiff's counsel. Upon receipt of that executed agreement, we expect to comply with the provisions of the agreement within four weeks and to have plaintiff move to dismiss the matter thereafter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.

Assistant Director

s/John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 514-4325
Fax: (202) 514-7965

Attorneys for Defendant

July 23, 2004

CERTIFICATE OF FILING

I hereby certify that on this July 23, 2004 a copy of the foregoing DEFENDANT'S STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John S. Groat