# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,**

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1720C

(Filed: August 30, 2004)

## ORDER

A status conference shall be held in this case on Wednesday, September 1, 2004, at 11:00 a.m. in open court at the Howard T. Markey National Courts Building, 717 Madison Place, N. W., Washington, D. C. 20005. The exact courtroom will be posted in the lobby at that time. Counsel shall telephone chambers (202-219-9578) immediately upon receipt of this order to confirm their appearance for said conference.

**IT IS SO ORDERED**.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge