IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PROMATECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1720C |
| | ) | (Senior Judge Gibson) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES**

Defendant respectfully advises the Court of the status of the proceedings. Counsel for plaintiff has reviewed a draft of this report and authorizes counsel to state that plaintiff joins in this report.

As we the parties have previously advised the Court, the parties have entered into a settlement agreement. Plaintiff, however, has not received payment pursuant to the terms of the settlement agreement. Processing of payment was unexpectedly delayed as the result of the transfer of the cognizant agency attorney. Counsel for defendant was on travel out of the area August 17-29, 2004, delaying resolution of this matter.

The parties apologize to the Court for not promptly advising the Court of the status of the proceedings. The parties expect the matter will be resolved withing the next 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum,
DEBORAH A. BYNUM,
Assistant Director

s/John S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 514-4325
Fax: (202) 514-7965

Attorneys for Defendant

August 31, 2004

CERTIFICATE OF FILING

I hereby certify that on this August 31, 2004, a copy of the foregoing DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John S. Groat