# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,**

Plaintiffs,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 03-1720C

(Filed: September 1, 2004)

## ORDER

At the status conference held in this case in open court today, counsel advised the court that the settlement agreement has now been signed by both parties. Therefore, it was agreed, and IT IS SO ORDERED, that their joint stipulation for entry of judgment shall be filed by the close of business on Thursday, September 9, 2004.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge