# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROMATECH, INC.,** No. 03-1720C

Plaintiff, (Filed: September 14, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to all of the terms (and with specific reference to paragraph 3) of the Stipulation For Entry Of Judgment filed jointly by and on behalf of the parties in this case on September 8, 2004, the Clerk is hereby directed to enter judgment forthwith in favor of the plaintiff Promatech, Inc. and against the defendant United States in the amount of "Thirty Thousand Dollars ($30,000.00)," plus "interest" accruing thereon "beginning on July 27, 2004" to the date of judgment, "in accordance with the Contract Disputes Act, 41 U.S.C. § 611," and "with each party to bear its own attorney fees, costs, and expenses."

IT IS SO ORDERED.

s/ *Reginald W. Gibson*

Reginald W. Gibson, Senior Judge