# In the United States Court of Federal Claims

**No. 03-1720 C**

**PROMATECH, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed September 8, 1004, and the court's Order of September 14, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $30,000.00, plus interest accruing thereon, beginning on July 27, 2004 to the date of judgment, in accordance with the Contract Disputes Act, 41 U.S.C. §611. Each party shall bear its own attorney fees, costs, and expenses.

Brian Bishop
Clerk of Court

**September 15, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.