United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 23, 2004

Christopher M. McNulty, Esq.
King & King
7531 Leesburg Pike, Suite 400
Falls Church, VA 22043

In re: Promatech, Inc. v. United States, No. 03-1720C

Dear Mr. McNulty:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated September 20, 2004, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures
cc: John Sinclair Groat, Esq.
Department of Justice